# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EX REL. ANTONIO BUNDY,           :   No. 65 EM 2017

            Petitioner         :

         v.                  :

COURT OF COMMON PLEAS OF     :
PHILADELPHIA COUNTY,          :

            Respondent       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2017, the Action in Mandamus is **DENIED.**